**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FREDIS GEOVANNI MADRID ROMERO,** | : | |
| | : | |
| **Petitioner,** | : | **3:26-cv-3186** |
| | : | **(JUDGE MARIANI)** |
| **v.** | : | |
| | : | |
| **CRAIG LOWE, WARDEN OF PIKE COUNTY CORRECTIONAL FACILITY** | : | |
| | : | |
| **Respondent.** | : | |

**ORDER**

**AND NOW, THIS** 23rd **DAY OF NOVEMBER 2026,** upon consideration of Petitioner Fredis Geovanni Madrid Romero's counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), Respondent's response (Doc. 4), and Petitioner's traverse (Doc. 5), **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED.**

2. Respondent **SHALL IMMEDIATELY RELEASE** Petitioner Fredis Geovanni Madrid Romero from the custody of the Warden of Pike County Correctional Facility and **SHALL RETURN** to Petitioner all his personal belongings.

3. Respondent **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than Monday, November 30, 2026, at 5:00 P.M.** confirming that Petitioner has been released from custody and that his personal belongings have been returned.

4. Upon Petitioner's release from the Pike County Correctional Facility, Respondents shall be **TEMPORARILY ENJOINED** from re-arresting or re-detaining Petitioner Fredis Geovanni Madrid Romero for a period of **seven (7) days** to ensure that this habeas remedy is effective.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge